UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
JANUARY 6, 2026 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:26-cr-00002
     18 U.S.C. § 2250(a)

MISTY DAWN BAISDEN

## INDICTMENT

The Grand Jury Charges:

From on or about September 17, 2025, through on or about October 30, 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MISTY DAWN BAISDEN, a sex offender as defined for the purposes of the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, did knowingly fail to register and update her registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

MOORE CAPITO
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney